## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

**WALTER L. GOODWIN,**                                     **Case No. CIV No. 14-01724**

                              Plaintiff,

                                                               **DECLARATION OF BETH OCHOA,**
**v.**                                                         **GOVERNMENT INFORMATION**
                                                               **SPECIALIST**

**FEDERAL BUREAU OF PRISONS,**

                              Defendant.

I, Beth Ochoa, declare and state as follows:

1.       I am a Government Information Specialist, with the United States Department of Justice (DOJ), Federal Bureau of Prisons (BOP), serving in the Western Regional Office in Stockton, California.

2.       As part of my duties, I am familiar with the records compiled by the BOP and have access thereto. I have received training in the processing of Freedom of Information Act (FOIA) requests, and have been so employed since November of 2013. I have been employed by the BOP for over 22 years, working in different BOP law enforcement positions in correctional settings prior to my current position. Among the many duties I perform is the maintenance of records pertaining to requests for information processed by the BOP under the DOJ's FOIA regulations.  In the ordinary course of my duties, I also provide information and assistance to various federal agencies in connection with ongoing criminal and civil litigation.

3.       I conducted a search of BOP FOIA records and determined that I processed the FOIA request assigned tracking number 20014-04855 from Walter Goodwin, federal register number (Reg. No.) 32453-160. I am knowledgeable about the search for the applicable records,

*Goodwin v. BOP*, CIV No. 14-01724
Declaration of Beth Ochoa, Government Information Specialist
Page 1 of 5

assisted in the screening of such records pursuant to FOIA and Privacy Act regulations, and reviewed and made recommendations for releasability, including drafting the agency response related to this request. Although BOP Regional Counsel, Mr. Dennis Wong, is the individual who ultimately determines the releasability of documents or items requested through the FOIA process in the Western Region, I made the recommendations for releasability that Mr. Wong eventually approved via his signed letter to Mr. Ziegler dated March 21, 2014.

4.      On or about February 25, 2014, the BOP received a written request for a copy of the "Video Recording of an incident on October 25, 2013, occurring at USP Tucson in the Psychology department at approximately 9:45am."  The request is attached as Exhibit 1 to this Declaration.  Upon receipt of this request, a letter was generated and mailed to Mr. Goodwin explaining that his request has been received, advising him of the tracking number which had been assigned, and explaining his request would be handled in the order in which it was received. This letter is provided as Exhibit 2 to this declaration.

5.      On February 28, 2014, I initiated a search for any relevant record by sending an e-mail to C. Hammock, Warden's Secretary, requesting that a search for the requested record be conducted, that information relevant to the search be recorded in a form I titled a FOIA Request Worksheet that I also sent, and asking that any responsive items be sent to me.  Exhibit 3 is a copy of this e-mail communication.  On March 3, 2014, I received an e-mail response from C. Hammock in which it was explained that footage from a surveillance camera was located responsive to the request.  Exhibit 4 is a copy of the initial response I received.  The e-mail contained a completed FOIA Request Worksheet indicating that an SIS Technician had searched the hard drive where such video surveillance footage from the closed circuit television system is maintained and in half an hour, he identified the responsive surveillance footage.  Because the

*Goodwin v. BOP*, CIV No. 14-01724
Declaration of Beth Ochoa, Government Information Specialist
Page 2 of 5

requested item took the form of surveillance footage, it was explained a copy the relevant video footage would be sent to me via the U.S. Postal Service (regular mail).  See Exhibit 4.  I received a disc with the actual relevant video on or about March 6, 2014.

      6.      I undertook a review of the security system surveillance video footage.

      a.      I determined § 552(b) (7) (F) applies to prevent release of the video as it "could reasonably be expected to endanger the life or physical safety of any individual."  I believe release of the video would be detrimental to the future safety and security of the institution and the staff assigned there. I considered that the video was completed for law enforcement purposes based on the BOP's Correctional Services Division identification of closed circuit video cameras as components of the physical security systems employed in correctional facilities along with such things as fences, locks, and alarms."  I have attached an excerpt of the Correctional Series Cross Development Course identifying the CCTV system as part of the physical security utilized at BOP prisons as exhibit 5.  Public review of the video would allow scrutiny of the quality and gaps in video coverage of the video surveillance capabilities in this area of the United States Penitentiary, and could be used to discern the internal physical layout of this area in the United States Penitentiary as well as estimate staff response times to request for assistance.  This information could be used to better anticipate staff's efforts to prevent, respond to and if needed prosecute individuals for actions taken by them in future situations, and potentially prolonging or thwarting staff's efforts to maintain a safe and secure environment. The release of this video may also endanger the staff members who participated in the response to the call for assistance, subjecting them to possible retribution in the future, especially because their identities have not been revealed, but each is clearly identifiable by their faces which are clearly visible in the recording. Although the identity of staff members responding to calls for assistance are not

regularly revealed to inmates or the public, to the extent their identities are known and maintained by the BOP, that information is maintained to allow for internal review of any immediate use of force and allows for any necessary administrative action to be taken.

      b.      I believed the privacy exemption pursuant to § 552(b) (7) (C) applied as the video contained images of BOP staff who did not give their consent for release of their images.

      c.      Finally, I considered whether or not the video could be apportioned so I could release portions that were not exempt from release. However, based on the governmental interest to prevent disclosure of information about the physical structure of the United States Penitentiary that could be used to undermine or elude existing security, and the fact staff images are present throughout much of the video captured and retained and are always present during the period of the video specifically sought by Mr. Goodwin, I did not believe the footage could be apportioned for release.

      7.      I presented my review and assessment to Dennis Wong, Regional Counsel, though a draft letter responding to the request.  On March 21, 2014, Mr. Wong, signed a letter explaining to Mr. Goodwin, the record he sought was located, but further explained that after careful review it was determined that the requested surveillance video was being withheld pursuant to two exemptions to the release provisions of the FOIA.  The stated exemptions were those I recommended: 5 U.S.C. § 552(b)(7)(C) & (b)(7)(F).  The letter also informed Mr. Goodwin that he could appeal the decision to withhold the video surveillance recording from disclosure to the Office of Information Policy (OIP).  A copy of the letter responding to Mr. Goodwin's FOIA request is provided as Exhibit 6 to this declaration.

      8.      Records maintained by BOP demonstrate Mr. Goodwin appealed BOP's decision to OIP in Washington, D.C.  This appeal was assigned tracking number AP-2014-02976 by OIP.

I was contacted by OIP on June 23, 2014, and asked to provide background documents regarding the original FOIA request, 2014-04855. I sent the requested information on June 24, 2014. A copy of the e-mail from OIP requesting records and identifying the appeal number is provided as Exhibit 7 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/12/14

Beth Ochoa
Stockton, California

*Goodwin v. BOP*, CIV No. 14-01724
Declaration of Beth Ochoa, Government Information Specialist
Page 5 of 5

**Exhibit 1 – FOIA Request**

FREEDOM OF INFORMATION ACT REQUEST 5 U.S.C. § 552

Walter L. Goodwin
#32453-160
USP Tucson
Post Office Box 24550
Tucson, AZ. 85734-4550

W K-C
FW TUCSON

Federal Bureau of Prison
320 First Street. NW
Washington, D.C. 20226

**Received**

FEB 25 2014

FOIA/PA Section
Federal Bureau of Prisons

Date: Feb. 9, 2014

Re: New FOIA Request

Dear Sir or Madame,

Pursuant to the Freedom of Information Act and Privacy Act, I hereby, request the copy or hard-drive copy of the video/camera footage of the October 25, 2013 incident that occurred at Tucson Federal USP Psychology department with me and staff member N. Wiggin. The time was approximate 9:45 A.M.

Since I am incarcerated and can't physically possess such request items, I also request the above requested item(s) be forwarded and sent to my family. Please send to the address below as humbly requested.

Send To:
Corinthia Goodwin
6301 Lawn Ave.
Cleveland, OH. 44102

(1)

This main and reference of the following:

RE: Walter L. Goodwin.

    #32453-160

DOB: Sept. 12, 1964

SSN: 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

My address is stated in the heading of this letter

Thank You! and I look forward to hearing from you.

Sincerely,

Walter L. Goodwin

2/9/2014

P.S.

    The surveillance requested footage
is in possession of the Security Investigator
Agency SIA/SIS unit here at Tucson USP
at same address as minds. But the SIA/SIS
has the tapes and/or Central Office,
& Internal Affairs Office also which is now being
investigated.  .  _  .

**Exhibit 2 – Initial Letter to Requester**



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Freedom of Information/Privacy Act*                    *Western Regional Office*

February 28, 2014

Walter Goodwin
Reg. No. 32453-160
UPS Tucson
P. O. Box 24550
Tucson, AZ  85734-4550

Dear Requester;

The Federal Bureau of Prisons is in receipt of your Freedom of Information Act/Privacy Act (FOIA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request.

FOIA/PA Request Number:        2014-04855
Processing Office:             WXR
Requested Records:            Video Recording of incident on Octoer 25, 2013, ocurring
                              in the Psychology department at approximately 9:45am

Due to the large number of requests received by the Bureau of Prisons for disclosure of records pursuant to the Freedom of Information and Privacy Acts, and due to the limited resources available to process such requests, the Bureau of Prisons has adopted a first-in/first-out practice of processing all incoming requests.

Your request has been placed in chronological order based on the date of receipt and will be handled as expeditiously as possible when it is assigned for processing.  While most requests can be processed within 20 working days, exceptions may exist.

Unless you indicated otherwise, by submission of your request, you have agreed to pay fees up to $25.00, as stated in 28 C.F.R. 16.3(c).  Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time spent searching for or duplicating responsive documents.  If we anticipate that your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option of modifying your request to reduce fees.

If you have questions regarding the status of your request, you may contact the Bureau of Prisons FOIA Service Center at 202-514-6655.  You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,


Dennis M. Wong

**Exhibit 3 - E-mail Request for Search**

Email Details Information

| | |
|---|---|
| From Email | : WXRO/FOIA@bop.gov |
| To Email | : chammock@bop.gov |
| Cc Email | : |
| Subject | : FOIA #2014-04855 (Goodwin 32453-160) |
| Email Body | : |

FOIA Request Number:  2014-04855 (Goodwin 32453-160)

Due Date 03/14/12/14
0ocuments Requested:
**Video Recording of Incident on 10/25/13, occurring in Psychology Department at approximately 9:45am**

Please complete the FOIA Worksheet and forward with responsive documents to WXRO/FOIA@bop.gov.
Please do not hesitate to contact me at 209-956-9738 if you have any questions or concerns. Your assistance in this matter is greatly appreciated.

**Exhibit 4 – E-mail Response to Search Request**

## WXRO/FOIA - Re: FOIA #2014-04855 (Goodwin 32453-160)

**From:**     Christi Hammock
**To:**       WXRO/FOIA.WXR_ADM1.WXR_DOM1@bop.gov
**Date:**     3/3/2014 2:35 PM
**Subject:**  Re: FOIA #2014-04855 (Goodwin 32453-160)

Hello.  I was able to get this information on CD.  I will snail mail it in the morning.  Should I send it to your attention?


Christi Hammock
Warden's Secretary (FCI)
FCC Tucson, AZ
✉ **Email: chammock@bop.gov**
📞**Office: (520) 574-7104**
📠 **Fax: (520) 663-4406**
🕐 **Hours: 7:30 a.m. - 4:00 p.m.**
>>> "Ochoa, Beth" <WXRO/FOIA@bop.gov> 2/28/2014 3:52 PM >>>
FOIA Request Number: 2014-04855 (Goodwin 32453-160)

Due Date 03/14/12/14
0ocuments Requested:
**Video Recording of Incident on 10/25/13, occurring in Psychology Department at approximately 9:45am**

Please complete the FOIA Worksheet and forward with responsive documents to WXRO/FOIA@bop.gov.
Please do not hesitate to contact me at 209-956-9738 if you have any questions or concerns. Your assistance in this matter is greatly appreciated.

# FOIA Request Worksheet

Date: March 3, 2014

Division/Branch: FCC Tucson

FOIA Request
Number:      2014-04855      (Goodwin 32453-160)

We are in receipt of a request for information pursuant to the Freedom of Information Act. Please review this form carefully as there may be situations where you need to call us before processing the request. Please complete the following section then attach this sheet to the documents before forwarding them to this office. The request for records cannot be closed without this documentation.

Thank you,

Beth Ochoa
FOIA Specialist
209-956-9738

| SECTION A: You should contact me **BEFORE** making copies if: | |
|---|---|
| **Date of Search:** 3-3-14 | |
| The number of records are voluminous (**more than 240 pages**) | Estimated Number of pages: |
| There is a need to consult with another agency. | Agency: |
| Processing the request will involve **more than two hours.** | Estimated Search Time: |
| The information is not currently maintained or is not maintained in the fashion requested. | Explain: |

**SECTION B:** Documentation of the Search

| (A) The Search was conducted by: | Name: Tony Martinez | |
|---|---|---|
| | Position SIS Technician | |
| (B) This information is kept in the following areas | (please list *all* areas): Hard Drive | |
| (C) There are no other locations where this record would be stored that would likely lead to the discover of the record | (Initial) | |
| (D) The following areas were searched: | (please list *all* areas): | |
| (E) All areas where these records were likely to be found were searched | (Initial) | If not explain: |
| (F) Hours spent searching. (Please respond even if no material is located). | .5 | |
| **Choose one of the following:** | | |
| The information was located and is attached. | (Initial) | BRH |
| The information was not located. | (Initial) | |
| Other | (Initial) | Explain: |

**Exhibit 5 – Excerpt of Correctional Services Cross Development Course**

# Chapter Two

# Physical Security

## Introduction

Physical security is a combination of physical security systems and procedures and policies.

Physical security systems include such items as barriers, fences, gates, and checkpoints.  Other components can include closed circuit video cameras (CCTV), locks, and alarms.

Procedures and policies are those methods of making sure the mechanical parts of the system are working properly.

## Objective

In this chapter you will develop a good understanding of the way these two areas of physical security work together in an institution.



**Exhibit 6 – Letter Response to FOIA Request**



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

*Freedom of Information/Privacy Act*                    *Western Regional Office*

March 21, 2014

Walter Goodwin
Reg. No. 32453-160
USP Tucson
P. O. Box 24550
Tucson, AZ  85734-4550

Re: FOIA Request Number: 2014-04855

Dear Mr. Goodwin;

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you seek the FCC Tucson video surveillance recording on October 25, 2013, at approximately 9:45am, in the Psychology Department.

In response to your request, staff located one compact disc of the video surveillance recording responsive to your request.  The compact disc was forwarded to this office for a release determination.  After careful review we have determined that: the compact disc is being withheld in its entirety pursuant to the Freedom of Information Act, 5 U.S.C. §552, (b)(7)(E) records which would disclose techniques and procedures for law enforcement investigations, and (b)(7)(f) disclosure which could endanger the life or physical safety of any individual.

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, the material herewith denied may be appealed to the Assistant Attorney General.  This written appeal must be received by the Office of Information Policy (OIP) within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information Policy, U.S. Department of Justice, 1425 New York Ave., Suite 11050, Washington, D.C. 20530-0001.

Sincerely,

Dennis M. Wong
Regional Counsel

DMW/bo

Western Regional Office – Federal Bureau of Prisons 7338 Shoreline Drive, Stockton, CA  95219

**Exhibit 7 - E-mail From OIP**

## Beth Ochoa - Re: Pending Appeal (AP-2014-02976, BOP request no. 2014-04855 - requester Walter L. GOODWIN)

| | |
|---|---|
| **From:** | Beth Ochoa |
| **To:** | Breyan, Jonathan (OIP);  Hunt, Wanda |
| **Date:** | 6/24/2014 11:57 AM |
| **Subject:** | Re: Pending Appeal (AP-2014-02976, BOP request no. 2014-04855 - requester Walter L. GOODWIN) |
| **Attachments:** | 04855 Goodwin WS.pdf; Goodwin Request.pdf; Signed Determination.pdf |

Hi Jonathan - -

Attached are the background documents.

Beth

>>> "Breyan, Jonathan (OIP)" <Jonathan.Breyan@usdoj.gov> 6/23/2014 10:15 AM >>>
Good morning, Beth:
The list below circulated by Wanda indicates that the above-referenced request was processed by you. When you have a chance, would you mind sending the background to me?  Thanks very much for your assistance.

Regards,
Jonathan

**From:** Wanda Hunt [mailto:WHunt@bop.gov]
**Sent:** Monday, June 16, 2014 1:30 PM
**To:** Alex White; B. Kevin Cardwell; Beth Ochoa; Brenda Victor; Dominic Ayotte; Cornelia J. Coll; Carmen Rinella; C. Darnell Stroble; Christi Treadway; Donna Johnson; Denise Gottleib; Dennis M. Wong; Johnna M. Todd; Jennifer Vickers; Jason Sickler; John Wallace; Kara Christenson; Kenneth Hyle; Kimberly Blow; Lisa Sunderman; Michael Frazier; Monica L. Potter-Johnson; Michelle Wirth; Matthew W. Mellady; Maria Syed; Michael Tafelski; Nakia Jackson-Waters; Jay Jimenez; Beth Hull; Roy Lathrop; Rick Winter; Richard Schott; Ron Hill; Sandra Smith; Sarah Lilly; Sandy Raymond; Serina Contreras; Violet Mack; William Baumgartel; Wanda Hunt; Wilson Moorer
**Cc:** Jonathan Breyan
**Subject:** Appeal List June 16, 2014

Wanda Hunt
Chief FOIA/PA Section
Office of the General Counsel
Federal Bureau of Prisons
202-514-6655

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.
If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.