**VAUGHN INDEX**
**WALTER L. GOODWIN V. FEDERAL BUREAU OF PRISONS**,
Civil Action No. 1:14-CV-01724 KBJ (D. D.C.)

The following item was withheld from Plaintiff upon his FOIA request to the Bureau of Prisons and his Appeals to the Department of Justice, Office of Information and Privacy:

| | |
|---|---|
| **Item 1** | Surveillance Video, Recorded October 25, 2013<br>FOIA Request Number: 2014-04855 |
| Number of Pages | 1 Video Clip 8 minutes and 35 seconds long |
| Description | Video from a security surveillance camera documenting all activity in a particular area of the Psychology Department near the entry point from the general population compound at the United States Penitentiary in Tucson, Arizona (U.S.P. Tucson).   This specific segment of coverage depicts the interaction of inmate Goodwin with a Bureau of Prisons psychology staff member and the subsequent response to a request for assistance by that staff member on October 25, 2013 between 9:44:16 am and 9:50:50 am. The video clip also reveals the faces of each BOP staff member calling for or responding to the call for assistance. |
| Exempt/Status | Exempt pursuant to 5 U.S.C. § 522(b)(7)(E) and (7)(F). |
| Justification | 552(b)(7)(F): The video could reasonably be expected to endanger the life or physical safety of any individual.    The requested video is surveillance footage recorded by the BOP at the high security United States Penitentiary (USP) in Tucson, Arizona.   Closed circuit television is used by staff for live monitoring of inmate activities and the recorded video is used as a tool in investigations.   The purpose of the recording is to to deter, prevent and reduce prohibited and criminal acts and is a tool used for the investigation of such activities within the federal penitentiary.   The release of the video would be detrimental to the future safety and security of the institution. |

Public review of the video would allow scrutiny of the quality and gaps in video coverage of the video surveillance capabilities in this area of the United States Penitentiary, and could be used to discern the internal physical layout of this area in the United States Penitentiary as well as estimate staff response times to request for assistance.   This information could be used to better anticipate staff's efforts to prevent, respond to and if needed prosecute individuals for actions taken by them in future situations, and potentially prolonging or thwarting staff's efforts to maintain a safe and secure environment. The release of this video may also endanger the staff members who participated in the response to the call for assistance, subjecting them to possible retribution in the future, especially because their identities have not been revealed, but each is clearly identifiable by their faces which are clearly visible in the recording. Although the names of staff members responding to calls for assistance are not regularly revealed to inmates or the public, to the extent their identities are known and maintained by the BOP, that information is maintained to allow for internal review of any immediate use of force and allows for any necessary administrative action to be taken.

552(b)(7)(c): Release of this video could constitute an unwarranted invasion of the privacy of the officers involved in the incident and response.   The video contains images of BOP staff who did not give their consent for public release of their images.